# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | U.S. SOUTHERN DISTRICT OF OHIO | 05/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 227
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL MANAGER | MILFORD ONE LLC |
| 2. | BOARD MEMBER | NATIONAL UNDERGROUND RAILROAD FREEDOM CENTER |
| 3. | BOARD MEMBER | SWEL FOUNDATION |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND - KENTUCKY ST RURAL FINANCE WATER 4.0% DUE 2/1/24 - MC#2 | D | Interest | M | T | | | | | |
| 2. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% - MC#2 | D | Interest | N | T | | | | | |
| 3. BOND - SUNTRUST BANKS INC FIX TO FLOAT 5.125% DUE 12/15/27 - MC#2 | C | Interest | L | T | Buy | 02/08/18 | L | | |
| 4. CASH HELD IN CUSTODIAN - MC#2 | D | Interest | M | T | | | | | |
| 5. CASH HELD IN CUSTODIAN - MC#1 | A | Interest | L | T | | | | | |
| 6. WOMENS CAPITAL CLUB PARTNERSHIP (2.3256% OWNERSHIP) | C | Distribution | K | W | | | | | |
| 7. BOND - CITIZENS FINANCIAL GROUP FIX TO FLOAT 5.5% DUE 4/6/47 - MC#2 | C | Interest | M | T | Buy | 02/08/18 | M | | |
| 8. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | M | T | | | | | |
| 9. AIR PRODUCTS AND CHEMICALS (FORMERLY VERSUM MATERIALS) - MC#2 | C | Dividend | M | T | | | | | |
| 10. CHEVRON CORP - MC#1 | A | Dividend | J | T | | | | | |
| 11. MICROSOFT CORP - MC#2 | C | Dividend | M | T | | | | | |
| 12. PEPSICO INC - MC#2 | C | Dividend | M | T | | | | | |
| 13. BOND - PIERCE CNTY WA SEWER REV SER A 3.0% DUE 8/1/19 - MC#2 | B | Interest | M | T | Buy | 02/12/18 | M | | |
| 14. PROCTER & GAMBLE CO - MC#2 | D | Dividend | M | T | | | | | |
| 15. EXXON MOBIL CORP - MC#2 | C | Dividend | L | T | | | | | |
| 16. JOHNSON & JOHNSON - MC#2 | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BECTON DICKINSON & CO - MC#2 | B | Dividend | M | T | | | | | |
| 18. MERCK & CO INC - MC#2 | C | Dividend | M | T | Buy (add'l) | 02/08/18 | L | | |
| 19. MARSH & MCLENNAN COMPANIES, INC - MC#1 | A | Dividend | J | T | | | | | |
| 20. 3M CO - MC#2 | C | Dividend | M | T | | | | | |
| 21. CINCINNATI FINANCIAL CORP - MC#2 | B | Dividend | L | T | | | | | |
| 22. EMERSON ELECTRIC CO - MC#2 | B | Dividend | L | T | | | | | |
| 23. BOND - COWLITZ CNTY WA GO 3.0% DUE 11/1/19 - MC#2 | B | Interest | L | T | Buy | 02/13/18 | L | | |
| 24. ROYAL DUTCH SHELL - MC#2 | D | Dividend | L | T | Buy (add'l) | 02/08/18 | K | | |
| 25. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - WCC Schwab acct | C | Dividend | K | T | | | | | |
| 26. NESTLE ADR - MC#2 | B | Dividend | K | T | | | | | |
| 27. TATA MOTORS LTD - SPNS ADR - WCC Schwab acct | | None | J | T | | | | | |
| 28. BOND - GTR CLEVELAND OH REGIONAL TRANSIT AUTH 5.0% DUE 12/1/19 - MC#2 | D | Interest | | | Sold | 12/01/18 | M | | |
| 29. BOND - MASON OH LTD TAX GO 4.0% DUE 12/1/20 - MC#2 | C | Interest | | | Sold | 06/01/18 | M | B | |
| 30. BOND - OHIO UNIVERSITY GNRL RCPTS ATHENS REV 2.0% DUE 12/1/19 - MC#2 | B | Interest | L | T | Buy | 02/14/18 | L | | |
| 31. BOND - JEFFERSON CNTY OH GO AGC 2.125% DUE 12/1/20 - MC#2 | A | Interest | M | T | Buy | 12/12/18 | M | | |
| 32. BOND - BEAVERCREEK OH CITY SCHOOL GO 4.75% DUE 12/1/24 - MC#2 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 33. BOND - DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% - MC#2 | D | Interest | | | Sold | 12/01/18 | M | C | |
| 34. BOND - KENTON CNTY KY SCHOOL DIST 4.5% DUE 2/1/23 - MC#2 | D | Interest | M | T | | | | | |
| 35. TJX COMPANIES INC - MC#2 | B | Dividend | L | T | | | | | |
| 36. WALT DISNEY CORPORATION - MC#2 | B | Dividend | L | T | | | | | |
| 37. WALGREEN CO - MC#2 | B | Dividend | L | T | | | | | |
| 38. LOWES COMPANIES INC - MC#2 | B | Dividend | L | T | | | | | |
| 39. BOND - UNIVERSITY OF TOLEDO OH SER C REV 5.0% DUE 6/1/26 - MC#2 | D | Interest | M | T | | | | | |
| 40. SECTOR SPDR TECHNOLOGY SELECT SHARE - MC#2 | B | Dividend | M | T | | | | | |
| 41. BOND - IOWA STATE WSTRN CMNTY COLLEGE SER A GO 3.0% DUE 6/1/21 - MC#2 | B | Interest | M | T | Buy | 08/08/18 | M | | |
| 42. PFIZER INC - MC#2 | C | Dividend | L | T | | | | | |
| 43. FORTUNE BRANDS HM&S - MC#2 | A | Dividend | | | Sold | 09/10/18 | L | D | |
| 44. BOND - CAPITAL ONE FINL VAR 5.55% DUE 12/29/49 - MC#2 | C | Interest | L | T | | | | | |
| 45. WASTE MANAGEMENT INC - MC#2 | C | Dividend | M | T | | | | | |
| 46. MEDTRONIC PLC F - MC#2 | B | Dividend | M | T | | | | | |
| 47. BOND - BANK OF AMERICA FIX TO FLOAT PREF 5.125% DUE 12/29/49 - MC#2 | D | Interest | L | T | | | | | |
| 48. ISHARES RUSSELL 2000 ETF - MC#2 | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. ISHARES MSCI EAFE ETF - MC#2 | D | Dividend | M | T | Sold (part) | 12/27/18 | N | | |
| 50. BOND - WYOMING MI WATER SUPPLY SYSTEM REV 3.125% DUE 6/1/22 - MC#2 | A | Interest | M | T | Buy | 12/12/18 | M | | |
| 51. BOND - MCCRAKEN CNTY KY GO 2.5% DUE 12/1/22 - MC#2 | C | Interest | N | T | Buy | 02/12/18 | N | | |
| 52. CITIZENS FINL GROUP - MC#2 | C | Dividend | M | T | | | | | |
| 53. ISHRAES MSCI EMERGING MARKETS - MC#2 | B | Dividend | | | Sold | 09/10/18 | M | E | |
| 54. MARRIOTT INTL INC CLASS A - MC#2 | B | Dividend | M | T | | | | | |
| 55. MICROCHIP TECHNOLOGY - MC#2 | B | Dividend | M | T | | | | | |
| 56. TORONTO DOMINION BNK F - MC#2 | C | Dividend | L | T | | | | | |
| 57. BOND - BURLINGTON CNTY NJ GO Ser A 2.0% DUE 1/15/21 - MC#2 | C | Interest | M | T | | | | | |
| 58. FASTENAL CO - MC#2 | C | Dividend | L | T | | | | | |
| 59. BOND - IOWA LAKES IA COMMUNITY COLLEGE GO BAM 2.0% Due 06/01/20 - MC#2 | C | Interest | M | T | | | | | |
| 60. METLIFE INC - MC#2 | C | Dividend | L | T | | | | | |
| 61. BOND - WYANDOT CNTY OH GO 2.0% Due 12/1/18 - MC#2 | C | Interest | | | Matured | 12/01/18 | M | | |
| 62. JOHNSON & JOHNSON - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 63. PIMCO COMMODITY REAL RETURN STRAT FD - MC#2 | | None | | | Sold | 02/08/18 | K | | |
| 64. CASH - MORGAN STANLEY ACCOUNT | | None | | | Merged (with line 4) | 01/22/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. APPLE INC - WCC Schwab acct | B | Dividend | L | T | | | | | |
| 66. MARSH & MCLENNAN COMPANIES, INC - MC#2 | B | Dividend | M | T | | | | | |
| 67. DANAHER CORP (FORMERLY FORTIVE CORP) - MC#2 | A | Dividend | L | T | | | | | |
| 68. BOND - MEDINA CNTY OH LIBRARY DISTRICT GO 3.0% DUE 12/1/23 - MC#2 | A | Interest | M | T | Buy | 12/13/18 | M | | |
| 69. NORFOLK SOUTHERN CO - MC#2 | C | Dividend | M | T | | | | | |
| 70. JP MORGAN CHASE & CO - MC#2 | C | Dividend | M | T | | | | | |
| 71. BOND - NATIONAL POWER CORP 9.625% DUE 5/15/28 - MC#2 | A | Interest | J | T | | | | | |
| 72. PROCTER & GAMBLE CO - MC#1 | A | Dividend | J | T | | | | | |
| 73. VISA INC CLASS A - MC#2 | A | Dividend | M | T | | | | | |
| 74. EMERSON ELECTRIC CO- MC#1 | A | Dividend | J | T | | | | | |
| 75. MICROSOFT CORPORATION - MC#1 | A | Dividend | K | T | Sold (part) | 04/27/18 | J | C | |
| 76. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 77. CASH - WCC Schwab acct | A | Interest | M | T | | | | | |
| 78. BOND - BEACHWOOD OH CITY SCHOOL DISTRICT GO 3.0% DUE 12/1/24 - MC#2 | A | Interest | M | T | Buy | 12/12/18 | M | | |
| 79. ROYAL DUTCH SHELL - MC#1 | A | Dividend | J | T | | | | | |
| 80. UNION PACIFIC CORPORATION - MC#1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. WALT DISNEY CORPORATION - MC#1 | A | Dividend | J | T | | | | | |
| 82. BOND - ECOLAB INC. 2.25% due 01-12-20 - MC#1 | A | Interest | K | T | Buy | 12/06/18 | K | | |
| 83. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | A | |
| 84. CHEVRON CORP - MC#2 | B | Dividend | L | T | | | | | |
| 85. HARTFORD CAP APPREC FD C - MC#2 | | None | | | Sold | 02/08/18 | L | D | |
| 86. LAS VEGAS SANDS CORP - MC#2 | C | Dividend | L | T | Buy | 04/27/18 | L | | |
| 87. ALPHABET INC CL A VOTING - WCC Schwab acct | | None | K | T | | | | | |
| 88. ANTHEM INC - WCC Schwab acct | A | Dividend | L | T | | | | | |
| 89. UNITED PARCEL SRVC CLASS B - MC#2 | C | Dividend | L | T | | | | | |
| 90. ALLIANZGI CONV AND INCOME FD II - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | | |
| 91. UNITED TECHNOLOGIES CORP - MC#2 | B | Dividend | L | T | | | | | |
| 92. XILINX INC - MC#2 | C | Dividend | M | T | | | | | |
| 93. BLACKROCK GLOBAL ALLOCATION FUND INC C - MC#2 | | None | | | Sold | 02/08/18 | N | D | |
| 94. SCHWAB INTERNATIONAL EQUITY ETF - MC#2 | | None | N | T | Buy | 12/27/18 | M | | |
| 95. JOHNSON & JOHNSON - WCC Schwab acct | A | Dividend | K | T | Buy | 04/12/18 | K | | |
| 96. ISHARES ET MSCI USA ESG SELECT KLD - WCC Schwab acct | A | Dividend | K | T | | | | | |
| 97. SKYWORKS SOLUTIONS INC - WCC Schwab acct | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98.  TESLA MOTORS INC - WCC Schwab acct | | None | L | T | | | | | |
| 99.  TREASURY WINE ESTATE F - WCC Schwab acct | | None | K | T | Buy | 10/12/18 | K | | |
| 100. MAINSOURCE FINL GRP - WCC Schwab acct | A | Dividend | | | Sold | 06/15/18 | L | E | |
| 101. CROWN CASTLE INTL CO - WCC Schwab acct | B | Dividend | K | T | | | | | |
| 102. VALVOLINE INC - WCC Schwab acct | A | Dividend | K | T | | | | | |
| 103. ISHARES CORE S&P 500 ETF - MC#1 | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 104. DELTA AIR LINES - MC#2 | A | Dividend | J | T | | | | | |
| 105. ALLIANCEBERNSTEIN NATION - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | | |
| 106. BLACKROCK MUNI INC - MC#2 | A | Dividend | | | Sold | 02/08/18 | K | | |
| 107. DWS MUNICIPAL INCOME TR - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | A | |
| 108. INVESCO MUNICIPAL - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | | |
| 109. INVESCO ADVANTAGE MUNICIP - MC#2 | | None | | | Sold | 02/08/18 | J | | |
| 110. INVESCO MUNICIPAL TRUST - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | | |
| 111. NUVEEN DIV ADV MUNI - MC#2 | A | Dividend | | | Sold | 02/08/18 | L | | |
| 112. NUVEEN INS DIV ADV MINI FUND - MC#2 | A | Dividend | | | Sold | 02/08/18 | J | | |
| 113. BLACKROCK CORP HY FND IV - MC#2 | | None | | | Sold | 02/08/18 | K | | |
| 114. GENERAL MILLS - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. 3M CO - MC#2 | A | Dividend | K | T | Buy (add'l) | 12/10/18 | J | | |
| 116. BOND - INTERCONTINENTALEXCHANGE GROUP INC 2.75% DUE 12-01-20 - MC#1 | A | Interest | K | T | Buy | 12/06/18 | K | | |
| 117. BOND - ROPER TECHNOLOGIES 3.0% DUE 12-15-20 - MC#1 | A | Interest | K | T | Buy | 03/23/18 | K | | |
| 118. FISERV INC - MC#1 | | None | K | T | | | | | |
| 119. JP MORGAN CHASE & CO - MC#1 | A | Dividend | J | T | | | | | |
| 120. BOND - UNITEDHEATH GROUP INC 2.875% DUE 12-15-21 - MC#1 | A | Interest | K | T | Buy | 12/06/18 | K | | |
| 121. LOWES COMPANIES INC - MC#1 | A | Dividend | J | T | | | | | |
| 122. MERCK & CO INC - MC#1 | A | Dividend | K | T | | | | | |
| 123. MORGAN STANLEY - MC#1 | A | Dividend | J | T | Buy (add'l) | 12/10/18 | J | | |
| 124. SECTOR SPDR TECHNOLOGY SELECT SHARE - MC#1 | A | Dividend | J | T | Sold (part) | 04/27/18 | J | C | |
| 125. STRYKER CORP - MC#1 | A | Dividend | K | T | | | | | |
| 126. TJX COMPANIES INC - MC#1 | A | Dividend | J | T | | | | | |
| 127. UNITED TECHNOLOGIES CORP - MC#1 | A | Dividend | J | T | Buy (add'l) | 12/07/18 | J | | |
| 128. UNITED HEALTH GROUP INC UNITEDHEALTH GROUP INC - MC#1 | A | Dividend | J | T | Sold (part) | 04/27/18 | J | D | |
| 129. VERIZON COMMUNICATIONS - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/07/18 | J | | |
| 130. VISA INC CLASS A - MC#1 | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 131. BOND - ENTERGY LOUISIANA 3.3% due 12-01-22 - MC#1 | A | Interest | K | T | Buy | 12/06/18 | K | | |
| 132. BOND - BANK OF AMERICA CORP 2.0% DUE 1/11/18 - MC#1 | A | Interest | | | Matured | 01/11/18 | K | | |
| 133. BOND - JB HUNT TRANSPORT SVCS - MC#1 | A | Interest | K | T | | | | | |
| 134. BOND - BP CAPITAL MARKETS PLC - MC#1 | A | Interest | K | T | | | | | |
| 135. BOND - GATX CORP 2.5% DUE 7/30/19 - MC#1 | A | Interest | K | T | | | | | |
| 136. PARTNERRE 5.875% SERIES F PREFERRED STOCK - MC#1 | B | Dividend | K | T | | | | | |
| 137. SUN TRUST BANK 5.875% SERIES PREFERRED STOCK - MC#1 | A | Dividend | | | Sold | 03/15/18 | K | B | |
| 138. PEPSICO INC - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 139. BOND - ZOETIS INC 3.25% DUE 02-01-23 - MC#1 | A | Interest | K | T | Buy | 01/24/18 | K | | |
| 140. BANK OF NY MELLON CO - MC#1 | A | Dividend | J | T | Buy (add'l) | 12/10/18 | J | | |
| 141. BOND - BOSTON PROPERTIES LP 3.8% due 2/1/24 - MC#1 | A | Interest | K | T | Buy | 12/06/18 | K | | |
| 142. PFIZER INC - MC#1 | A | Dividend | J | T | | | | | |
| 143. BOND - ESSEX PORTFOLIO, L.P. 3.875% due 5/1/24 - MC#1 | A | Interest | K | T | Buy | 04/27/18 | K | | |
| 144. MEDTRONIC PLC F - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/07/18 | J | | |
| 145. FORTUNE BRANDS - MC#1 | A | Dividend | | | Sold | 12/07/18 | J | | |
| 146. ALPHABET INC. CLASS C - MC#1 | | None | K | T | | | | | |
| 147. BOND - BOSTON SCIENTIFIC 2.65% DUE 10/1/18 - MC#1 | A | Interest | | | Sold | 03/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 148. ISHARES RUSSELL 2000 ETF - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/07/18 | K | | |
| 149. ISHARES MSCI EAFE ETF - MC#1 | C | Dividend | M | T | Buy (add'l) | 12/06/18 | L | | |
| 150. AIR PROD & CHEMICAL (Versum Materials) - MC#1 | A | Dividend | K | T | | | | | |
| 151. BB&T CORPORATION - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 152. BOND - US BANCORP 3.6% DUE 9/11/24 - MC#1 | A | Interest | K | T | Buy | 04/27/18 | K | | |
| 153. CITIZENS FINL GROUP - MC#1 | A | Dividend | J | T | | | | | |
| 154. ROCKWELL AUTOMATION INC. - MC#1 | A | Dividend | J | T | Buy | 02/09/18 | K | | |
| 155. ISHARES MSCI EMERGING - MC#1 | A | Dividend | | | Sold | 12/06/18 | K | B | |
| 156. BOND - JM SMUCKER CO 3.000% Due 3/15/22 - MC#1 Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 157. CARNIVAL CORP NEW F PAIRED STK SPECIAL VTG - MC#1 | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 158. LAS VEGAS SANDS CORP - MC#1 | A | Dividend | J | T | Buy | 03/19/18 | K | | |
| 159. SYSCO CORPORATION - MC#1 | | None | K | T | Buy | 12/07/18 | K | | |
| 160. TEXAS INSTRUMENTS - MC#1 | A | Dividend | J | T | | | | | |
| 161. TORONTO DOMINION BNK F - MC#1 | A | Dividend | | | Sold | 03/20/18 | J | C | |
| 162. BECTON DICKINSON & CO - MC#1 | A | Dividend | K | T | Buy | 02/16/18 | J | | |
| 163. BROADCOM LTD F - MC#1 | A | Dividend | | | Sold | 03/22/18 | J | | |
| 164. FASTENAL CO- MC#1 | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 165. METLIFE INC - MC#1 | A | Dividend | K | T | Buy (add'l) | 12/07/18 | J | | |
| 166. BANK OF AMERICA CORP - MC#1 | A | Dividend | K | T | Buy | 03/20/18 | K | | |
| 167. MICROCHIP TECHNOLOGY - MC#1 | | None | J | T | Buy | 12/20/18 | J | | |
| 168. PHILIP MORRIS INTL - MC#1 | A | Dividend | J | T | | | | | |
| 169. PAYCHEX INC - MC#1 | | None | J | T | Buy | 12/10/18 | J | | |
| 170. MORGAN STANLEY - MC#2 (Account #2) | B | Dividend | L | T | | | | | |
| 171. VERIZON COMMUNICATIONS - MC#2 | C | Dividend | M | T | | | | | |
| 172. ALPHABET INC. CLASS C - MC#2 | | None | M | T | | | | | |
| 173. NETFLIX.COM INC - WCC Schwab acct | | None | L | T | | | | | |
| 174. North Side Bank Checking Account - Cory Kumler LLC | | None | | | Closed | 12/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.3256%.

DURING 2018, INVESTMENTS PREVIOUSLY HELD AT MORGAN STANLEY WERE MOVED TO MARINER CAPITAL ACCOUNT #2 ("MC#2"). PRIOR TO 2018 MARINER CAPITAL WAS KNOWN AS RIVERPOINT CAPITAL MANAGEMENT

LINES 4, 5, AND 77 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER ▮▮▮▮ (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER ▮▮▮▮ ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544